UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

B.G.R., LLC d/b/a DELAND DODGE            )
                                          )
    Plaintiff/Counterclaim Defendant,  )   Case No. 6:10-cv-01083-ACC-KRS
                                          )
v.                                        )
                                          )
CHRYSLER GROUP LLC                        )
                                          )
    Defendant/Counterclaim Plaintiff.  )
_____)

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 2.02(a) of the Local Rules of this Court, undersigned counsel respectfully requests that Robert D. Cultice, Esquire, be admitted *pro hac vice* in this matter to represent the Plaintiff, Chrysler Group LLC. In support of this motion, undersigned counsel states the following:

1. Robert D. Cultice is an attorney with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, with an office address of 60 State Street, Boston, MA 02109-1801.

2. Mr. Cultice is a member in good standing of the Bar of the following courts:

| Court | Date of Admission |
|---|---|
| Massachusetts Supreme Judicial Court | 12/15/1978 |
| United States District Court - MA | 11/18/1980 |
| United States Court of Appeals | 1st Circuit (12/28/1985) |
| | 3rd Circuit (7/7/2000) |
| | 4th Circuit (2/24/1997) |
| | 5th Circuit (11/6/1995) |
| | 9th Circuit (6/17/2002) |
| | 11th Circuit (11/8/1984) |

3. Mr. Cultice is familiar with the Local Rules of this Court, the Rules of Professional Conduct, and other ethical limitations and requirements governing the ethical behavior of members of The Florida Bar.

4. Mr. Cultice designates Dean Bunch, with the law firm of Nelson Mullins Riley & Scarborough LLP, with an office address of 3600 Maclay Blvd. S., Suite 202, Tallahassee, FL 32312-1267, to act as local counsel upon whom all notices and papers may be served.

5. By his signature below, Dean Bunch consents to act as local counsel in this matter.

6. Mr. Cultice agrees to submit a special admission attorney certification, and to pay the required $10 fee with the clerk of the court.

WHEREFORE, undersigned counsel respectfully requests that the foregoing motion be granted.

Respectfully submitted this 8th day of August 2010.

*(signature)*

Dean Bunch
Fla. Bar No. 172351
Nelson Mullins Riley & Scarborough LLP
3600 Maclay Blvd. S., Suite 202
Tallahassee, FL 32312-1267
(850) 907-2505
(850) 907-2551 – Fax
dean.bunch@nelsonmullins.com

ATTORNEYS FOR DEFENDANT
CHRYSLER GROUP LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 9, 2010, I electronically filed the foregoing Motion for Admission Pro Hac Vice of Robert D. Cultice with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*Dean Bunch*

Dean Bunch
Fla. Bar No. 172351
NELSON MULLINS RILEY & SCARBOROUGH LLP
3600 Maclay Blvd. S., Suite 202
Tallahassee, FL 32312-1267
Telephone: (850) 907-2505
Facsimile: (850) 907-2551
dean.bunch@nelsonmullins.com

**SERVICE LIST**
**B.G.R., LLC d/b/a Deland Dodge v. Chrysler Group LLC**
**Case No. 6:10-cv-01083-ACC-KRS**
**United States District Court, Middle District of Florida**

William J. Denius, Esq.
wjdenius@kpsos.com
Mark L. Ornstein, Esq.
mlornstein@kpsos.com
Kilgore, Pearlman, Stamp, Ornstein & Squires
Post Office Box 1913
Orlando, FL 32801-1913

Via Notice by CM/ECF